**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joshua B. Glatt (State Bar No. 354064)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com
          jglatt@bursor.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN LUCAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTSONS COMPANIES, INC.,<br><br>Defendant. | Case No. 3:24-cv-04675-JSC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing … a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Accordingly, Plaintiff Christian Lucas hereby dismisses, *with prejudice*, his claims against Defendant Albertsons Companies, Inc. Claims by the putative class members are dismissed *without* prejudice. Each party shall bear its own costs.

Dated: October 21, 2024                    **BURSOR & FISHER, P.A**.

                                           By:   */s/ L. Timothy Fisher*
                                                    L. Timothy Fisher

                                           L. Timothy Fisher (State Bar No. 191626)
                                           Joshua B. Glatt (State Bar No. 354064)
                                           1990 North California Blvd., 9th Floor
                                           Walnut Creek, CA 94596
                                           Telephone: (925) 300-4455
                                           Facsimile: (925) 407-2700
                                           E-mail: ltfisher@bursor.com
                                                      jglatt@bursor.com

                                           *Attorneys for Plaintiff*